# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Kim Casebolt, et al. v. Bayer Healthcare Pharmaceuticals Inc.* | No. 12-cv-10623-DRH |
| *Katie Dinerman v. Bayer Healthcare Pharmaceuticals Inc.* | No. 12-cv-11209-DRH |
| *Lavonne Martin v. Bayer Healthcare Pharmaceuticals Inc.* | No. 12-cv-11634-DRH |
| *Meagan McKelvey, et al. v. Bayer Healthcare Pharmaceuticals Inc.* | No. 12-cv-10350-DRH |
| *Veronica Miller, et al. v. Bayer Healthcare Pharmaceuticals Inc.* | No. 11-cv-13580-DRH |
| *Marissa Morelli-Caldwell, et al. v. Bayer Healthcare Pharmaceuticals Inc.* | No. 11-cv-13583-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations filed on July 29, 2016, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

        **JUSTINE FLANAGAN,**
        **ACTING CLERK OF COURT**

        BY: /s/*Caitlin Fischer*
        **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2016.08.01 14:03:34 -05'00'

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT